**FILED**

IN THE UNITED STATES DISTRICT COURT     APR - 6 2023
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | **1:23 CR 195** |
| v. | ) | CASE NO. |
| | ) | Title 21, United States Code, |
| MELVIN HODGE, | ) | Sections 846, 841(a)(1), |
| SHERMAN THOMAS, | ) | (b)(1)(A), (b)(1)(C) and |
| CARVIN COOK, | ) | 856(a)(1); Title 18, United States |
| FRANK BLACK, | ) | Code, Sections 922(g)(1) and |
| | ) | 924(a)(2) |
| | ) | |
| Defendants. | ) | **JUDGE CALABRESE** |

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances,
21 U.S.C. § 846)

The Grand Jury charges:

1. Beginning on or about July 1, 2022 and continuing to the date of this indictment, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants MELVIN HODGE, SHERMAN THOMAS, CARVIN COOK and FRANK BLACK, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with diverse others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

## COUNT 2
### (Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2.     On or about September 28, 2022, in the Northern District of Ohio, Eastern Division, Defendant SHERMAN THOMAS did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 3
### (Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3.     On or about January 11, 2023, in the Northern District of Ohio, Eastern Division, Defendant MELVIN HODGE did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4
### (Using or Maintaining a Drug Premises, 21 U.S.C. § 856(a)(1))

The Grand Jury further charges:

4.     On or about July 2022 and continuing to in or around September 28, 2022, in the Northern District of Ohio, Eastern Division, Defendants SHERMAN THOMAS, CARVIN COOK and FRANK BLACK did unlawfully and knowingly use and maintain a place located on Reyburn Road in Cleveland, Ohio for the purpose of manufacturing, distributing and using methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 856(a)(1).

2

COUNT 5
(Possession of Firearms and Ammunition by Convicted Felon,
18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

5. On or about September 28, 2022, in the Northern District of Ohio, Eastern Division, Defendant SHERMAN THOMAS knowing that he has been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:  Aggravated Robbery (F1) with Firearm Specification, case number CR-00-392756-B, in the Cuyahoga County Court of Common Pleas on or about March 27, 2001; Trafficking Offenses (F3), case number CR-07-498296-B, in the Cuyahoga County Court of Common Pleas on or about April 22, 2009; Trafficking Offenses (F1), case number 07-CR-502143-A, in the Cuyahoga County Court of Common Pleas on or about April 22, 2009; Having Weapons Under Disability (F3) and Carrying Concealed Weapon (F4), case number CR-08-510295-A, in the Cuyahoga County Court of Common Pleas on or about April 22, 2009; and, Trafficking Offenses (F1) and Having Weapons Under Disability (F3), case number CR-09-519703-C, in the Cuyahoga County Court of Common Pleas on or about April 22, 2009, did knowingly possess in and affecting interstate commerce, firearms, that is, a Glock model G23 .40 caliber pistol, bearing serial number TUX665, and ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE

The Grand Jury further charges:

6. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d)(1); and Title 28 United States Code, Section 2461(c), the allegations of Counts 1 through 5 are incorporated herein by reference.  As a

3

result of the foregoing offenses, Defendants MELVIN HODGE, SHERMAN THOMAS, CARVIN COOK and FRANK BLACK shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the violations charged in Counts 1 through 4; and any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations charged in Counts 1 thorough 4; and any and all firearms and ammunition involved in or used in the violation charged in Count 5.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

4