IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:23-CR-00195 |
| | ) | |
| PLAINTIFF, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| vs. | ) | **SUGGESTION OF DEATH AS TO** |
| | ) | **FRANK BLACK, III** |
| FRANK BLACK, et al., | ) | |
| | ) | |
| DEFENDANT. | ) | |

Now comes defense counsel for FRANK BLACK, (whose full name is Frank Black, III) and advises this Honorable Court of Mr. Black's untimely passing on June 2, 2025. Counsel has confirmed Mr. Black's death and submits this *Suggestion of Death* to notify the Court and all parties. A copy of Mr. Black's death certificate and funeral announcement is attached as Exhibit A.

Respectfully submitted,

/s/ Jeff Hastings
JEFF HASTINGS (S.C.R. 0052140)
P. O. Box 33863
Cleveland, OH. 44133-3863
440.759.0447
jhastings@hastingslegal.net
Attorney for Defendant Black

**CERTIFICATE OF SERVICE**

      I hereby certify that the forgoing Notice has been forwarded by operation of this Court's electronic filing system this 3rd day of July 2025 to all parties. I also certify that a copy of this filing is being sent via U.S. Mail to pro se Defendant: Sherman Thomas, Inmate No. 62318510 c/o NEOCC 2240 Hubbard Road Youngstown, OH. 44505

                                      /s/ Jeff Hastings
                                      JEFF HASTINGS (S.C.R. 0052140)
                                      Attorney for Defendant Black